Honorable Lonny R. Suko

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

AUTOMOTIVE REPAIR CORPORATION (d/b/a ARC Manufacturing), a Washington Corporation,

    Plaintiff,

vs.

AMH CANADA, LTD., a Canadian Corporation, and DOES, one or more unknown individual(s) or corporation(s),

    Defendants.

NO. CV-10-460-LRS

ORDER OF DISMISSAL

## **ORDER**

Pursuant to the foregoing Stipulation, ECF No. 50, it is hereby ORDERED that all claims asserted, or which could have been asserted in this matter, by and between Plaintiff Automotive Repair Corporation d/b/a ARC Manufacturing and Defendant AMH Canada Ltd, shall be dismissed with prejudice and without attorneys' fees or costs.

ORDER OF DISMISSAL
CV-10-460 LRS - 1 -
521027/021312 1034/79550002

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  The District Court Executive is directed to enter this order, provide copies
2  to counsel and close this file.
3  DATED this 13th day of February, 2012.

4                                  *s/Lonny R. Suko*
                          _____
5
                                  Lonny R. Suko
6                             United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER OF DISMISSAL

CV-10-460 LRS                          - 2 -

521027/021312 1034/79550002

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988